■ In the Matter of RICHARD W., a Person Alleged to be a Juvenile Delinquent, Appellant. [639 NYS2d 939]

Viewing the evidence in the light most favorable to the Presentment Agency *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the appellant's guilt beyond a reasonable doubt *(see, People v Olivo,* 52 NY2d 309; *People v Alamo,* 34 NY2d 453). Moreover, resolution of issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the finder of fact, which saw and heard the witnesses *(see, People v Gaimari,* 176 NY 84, 94). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record *(see, People v Garafolo,* 44 AD2d 86, 88). Upon the exercise of our factual review power, we are satisfied that the finding of guilt was not against the weight of the evidence *(cf.,* CPL 470.15 [5]). Bracken, J. P., Rosenblatt, O'Brien and Goldstein, JJ., concur.